IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KIMBERLY LORING, | ) | 1:10cv01949 DLB |
| Plaintiff, | ) | ORDER GRANTING |
| | ) | EXTENSION OF TIME |
| | ) | (Document 14) |
| vs. | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

On May 31, 2011, the parties filed a stipulation and proposed order to allow Defendant an extension of time to file a response to Plaintiff's opening brief.  The parties' request is GRANTED. Defendant's opposition, if any, to Plaintiff's opening brief SHALL be filed on or before August 1, 2011.

IT IS SO ORDERED.

Dated:   **June 30, 2011**          /s/ **Dennis L. Beck**
                                   UNITED STATES MAGISTRATE JUDGE

1