Lawrence D. Rohlfing
Attorney at Law: 119433
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail:rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff KIMBERLY LORING

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY LORING, | Case No. 10-cv-01949-DLB |
| Plaintiff, | STIPULATION EXTEND TIME; ORDER |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security. | |
| Defendant. | |

TO THE HONORABLE DENNIS L. BECK, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Plaintiff shall have a 7 day extension of time, to and including August 23, 2011, in which to file plaintiff's reply.

///

///

///

///

This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issued presented counsel is attending the judicial conference.

DATE: August 16, 2011        Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Lawrence D. Rohlfing*

BY: _____
Lawrence D. Rohlfing
Attorney for plaintiff Kimberly Loring


DATE:  August 16, 2011        BENJAMIN B. WAGNER
United States Attorney

/s/ *Donna W. Anderson*\*

BY: _____
Donna W. Anderson
Special Assistant United States Attorney
Attorneys for defendant Michael Astrue
|\*authorized by e-mail|


## ORDER

It is so ordered.  Plaintiff shall file her reply, if any, on or before August 23, 2011.  The matter shall then stand submitted.


DATE: August 17, 2011        _/s/ Dennis L. Beck
THE HONORABLE DENNIS L. BECK
Magistrate Judge of the District Court